UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

**AMBER PAYNE**,

       Plaintiff,

v.

**WESTERN MICHIGAN UNIVERSITY**,

       Defendant.

Case No. 24-cv-00814

Hon. Hala Y. Jarbou

Magistrate Judge Ray Kent

_____/

**SOMMERS SCHWARTZ, P.C.**
By:   **Jesse L. Young (P72614)**
141 E. Michigan Avenue, Suite 600
Kalamazoo, Michigan 49007
(269) 250-7501

**SOMMERS SCHWARTZ, P.C.**
By:   **Paulina R. Kennedy (P84790)**
One Town Square, 17th Floor
Southfield, Michigan 48076
(248) 355-0300
**Attorneys for Plaintiff**

**BUTZEL LONG**
By:   **Daniel B. Tukel (P34978)**
201 West Big Beaver Road, Suite 1200
Troy, Michigan 48084
(248) 258-1616
**Attorneys for Defendant**

_____/

## STIPULATED PROTECTIVE ORDER

    At a session of said Court held in the United States District Court for the Western District of Michigan,

on   March 21, 2025 _____

    PRESENT: HON. _____Ray Kent_____
                             U.S. Magistrate Judge

    In accordance with the stipulation of the parties, and the Court being otherwise

advised in the premises;

**IT IS HEREBY ORDERED** that documents produced or disclosed by defendant, including those if any produced prior to entry of this order– and the information contained therein – can be used only for the prosecution or defense of this case and consistent with the provisions in this Order.  Documents and the information contained therein regarding individuals other than plaintiff, are to be kept confidential and may not be disclosed by plaintiff or plaintiff's attorney to any non-party, other than for the prosecution or defense of this case.  If plaintiff is to use the name of information regarding any non-supervisory/management level employee or attach a document containing such information in any Court filing, advance notice will be provided to defense counsel to allow sufficient time to seek a further protective order.  This Order does not waive any objection to the production or admission of any such information or documents containing such information.  Within 21 days of final disposition of this matter, all documents containing any names or information covered by this Order must be returned to counsel for defendants.

**SO ORDERED**.

/s/ Ray Kent
_____
United States Magistrate  Judge

- 3 -

**I STIPULATE TO THE ENTRY OF
THE ABOVE ORDER:**


s/ with the consent of Jesse L. Young
Sommers Schwartz, P.C.
141 E. Michigan Avenue
Suite 600
Kalamazoo, Michigan  49007
269-250-7501
JYoung@sommerspc.com
(P72614)

s/ Daniel B. Tukel
Butzel Long
201 West Big Beaver Road
Suite 1200
Troy, Michigan  48084
248-248-1616
tukel@butzel.com
(P34978)