UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

**AMBER PAYNE**,

       Plaintiff,

v.

**WESTERN MICHIGAN UNIVERSITY**,

       Defendant.

Case No. 24-cv-00814

Hon. Hala Y. Jarbou

Magistrate Judge Ray Kent

_____/

**SOMMERS SCHWARTZ, P.C.**
By:   **Jesse L. Young (P72614)**
141 E. Michigan Avenue, Suite 600
Kalamazoo, Michigan 49007
(269) 250-7501

**SOMMERS SCHWARTZ, P.C.**
By:   **Paulina R. Kennedy (P84790)**
One Town Square, 17th Floor
Southfield, Michigan 48076
(248) 355-0300
**Attorneys for Plaintiff**

**BUTZEL LONG**
By:   **Daniel B. Tukel (P34978)**
201 West Big Beaver Road, Suite 1200
Troy, Michigan 48084
(248) 258-1616
**Attorneys for Defendant**

_____/

## STIPULATED REVISED CASE MANAGEMENT ORDER

At a session of said Court held in the United States District Court for the Western District of Michigan,

on _____

PRESENT: HON._____
                         United States District Court Judge

In accordance with the stipulation of the parties to extend time for discovery, dispositive motions, and mediation by 60 days due to a family death of one of Defendant's deponents and Plaintiff's Counsel's schedule, no prior extensions having been requested and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that the Court's Case Management Order schedule previously entered at ECF No. 13 be revised as follows:

| Completion of Discovery | JULY 4, 2025 |
| --- | --- |
| Dispositive Motions | AUGUST 18, 2025 |
| ADR To Take Place On Or Before: | AUGUST 4, 2025 |

Except as modified in this Order, the terms of the 11/05/2024 Case Management Order, ECF No. 13, remain in effect.

**SO ORDERED**.

_____
United States District Court Judge

**I STIPULATE TO THE ENTRY OF
THE ABOVE ORDER:**

*/s/ Jesse L. Young*
Jesse L. Young (P72614)
**Sommers Schwartz, P.C.**
141 E. Michigan Avenue
Suite 600
Kalamazoo, Michigan 49007
269-250-7501
JYoung@sommerspc.com

*/s/ Daniel Tukel (w/ consent)*
Daniel Tukel (P34978)
**Butzel Long**
201 West Big Beaver Road
Suite 1200
Troy, Michigan 48084
248-248-1616
tukel@butzel.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2025, I electronically filed the foregoing document with the Clerk of the Court using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ Jesse L. Young*
Jesse L. Young (P72614)
SOMMERS SCHWARTZ, P.C.