UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMBER PAYNE,

    Plaintiff,

v.

    Case No. 1:24-cr-814

WESTERN MICHIGAN UNIVERSITY,

    Hon. Hala Y. Jarbou

    Defendant.
_____/

## **ORDER**

This matter is before the Court on the parties' proposed stipulation to revise certain dates in the case management order (ECF No. 19). The Court will grant the stipulation to modify the dates specified, but the Court will move the subsequent dates in the CMO as well.

Accordingly,

**IT IS ORDERED** that the parties' proposed stipulation (ECF No. 19) is **GRANTED IN PART**. A revised case management order will follow.

Dated: March 27, 2025        /s/ Hala Y. Jarbou
                                              HALA Y. JARBOU
                                              CHIEF UNITED STATES DISTRICT JUDGE